NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK J. VISCONI,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5086  .

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-656, Judge Susan G. Braden.

---

## ON MOTION

---

## ORDER

Frank J. Visconi moves to remand this case to the United States Court of Federal Claims. The United States moves for an extension of time to file its response, and opposes Visconi's motion to remand. Visconi submits additional documents concerning his arguments in the case.

Visconi's motion contains arguments that are similar to those presented in his brief, i.e., that the case should be remanded. Visconi's additional documents also present

arguments that should be made in the briefs. Visconi has not shown in his motion that remand is appropriate at this time.

Accordingly,

IT IS ORDERED THAT:

(1) Visconi's motion is denied.

(2) The United States' motion for an extension of time is granted.

FOR THE COURT


SEP 0 1 2011
_____                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk


cc:  Frank J. Visconi
     Joshua A. Mandlebaum, Esq.              FILED
                                    U.S. COURT OF APPEALS FOR
s8                                     THE FEDERAL CIRCUIT

                                        SEP 0 1 2011

                                        JAN HORBALY
                                          CLERK